IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 08-CR-035-C |
| MICHAEL HARRIS, | ) |
| Defendant. | ) |

AMENDED STIPULATION

The United States of America, by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by Paul W. Connell, Assistant United States Attorney for said district, and the defendant, Michael Harris, by his attorney Ron Sonderhouse, hereby stipulate and agree:

Pursuant to 18 U.S.C. § 3663A, the Mandatory Victims Restitution Act of 1996 applies to this case. Restitution in the amount of $13,034.12 should be paid to the Clerk of Court for the Western District of Wisconsin and be disbursed as follows:

1.  U.S. Bank                                $6103.36
    ATTN: Investigative Services
    P.O. Box 304
    Milwaukee, WI 53201

2.  Discover Financial Services             $1142.78
    ATTN: Restitution
    6500 New Albany Road
    New Albany, OH 43054

3.  First Equity Card Corporation           $2500.00
    P.O. Box 84075
    Columbus, GA 31908-4075

*Approved*
*Barbara B. Crabb*
*November 28, 2008*

4. Washington Mutual Card Services    $3287.98
   AATN: Fradu Department
   P.O. Box 9008
   Pleasanton, CA 94566

__11/21/08__
Date

_____
PAUL W. CONNELL
Assistant United States Attorney

__11/24/08__
Date

_____
RON SONDERHOUSE
Attorney for the Defendant

2